# IN THE SUPREME COURT OF THE STATE OF NEVADA

ASHER WIESS,
     Appellant,

vs.

CITY OF LAS VEGAS,
     Respondent.

No. 75181

**FILED**

MAR 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order affirming a municipal court conviction. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976) ("[M]unicipal court conviction is not subject to further review by appeal to this court."). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

           _____, J.
           Cherry

_____, J.
Parraguirre

           _____, J.
           Stiglich

18-08829

cc: Hon. Rob Bare, District Judge
Asher Wiess
Attorney General/Carson City
Las Vegas City Attorney
Eighth District Court Clerk